# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLEIKE TAXI INC., <br> *Plaintiff*, <br> v. <br> DC TOPS LLC, <br> *Defendants*. | Case No. 1:13-cv-06715 (ASE) <br><br> Jury Trial Demanded |

## ANSWER & AFFIRMATIVE DEFENSES

Defendant DC Tops, LLC ("DC Tops") Answers the Complaint of Plaintiff Gleike Taxi, Inc. ("Gleike") as follows:

## PARTIES

1. Admit.

2. Admit.

## JURISDICTION & VENUE

3. Admit.

4. Admit.

5. DC Tops, LLC has two members. Its majority shareholder is Soloman Bekele, who is a citizen of Virginia. Its minority shareholder is Herby Lee Best, a citizen of the District of Columbia.

6. Admit.

## FACTUAL ALLEGATIONS

7. Admit.

8. Deny that Defendant "operates and manages over 200 taxicabs in the District of Columbia," to the extent the allegation suggests that Defendant owns or controls the taxicabs or drivers affiliated with it.

9. Admit that Grand and Defendant entered into an agreement ("the Agreement") on approximately August 13, 2013. No further response is required, as the document speaks for itself.

10. No response is required, as the document speaks for itself.

11. No response is required, as the document speaks for itself.

12. No response is required, as the document speaks for itself.

13. No response is required, as the document speaks for itself.

14. No response is required, as the document speaks for itself.

15. No response is required, as the document speaks for itself.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. No response is required, as the document speaks for itself.

# COUNT I
# (Breach of Contract)

21. No response required.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

## AFFIRMATIVE DEFENSES

23. Provisions of the Agreement are preempted by District of Columbia law.

24. Gleike's fraud in causing DC Tops to enter into the contract when Gleike knew it had no intention or ability to perform the contract.

25. Gleike's unclean hands in causing DC Tops to enter into the contract when Gleike had no intention or ability to perform the contract, and preventing the contract from being performed by terminating it.

26. Provisions of the Agreement are void as against Illinois public policy.

27. Gleike has failed to state a claim upon which relief may be granted.

28. Gleike is estopped by its own conduct from claiming breach.

29. Gleike's fraud inducing DC Tops to enter into the contract when Gleike knew it had no intention or ability to perform the contract.

30. Failure of consideration by Gleike's non-performance on the contract.

31. Provisions of the Agreement are illegal.

32. Gleike's failure to mitigate any damages caused by the Agreement's termination.

33. Provisions of the Agreement are unconscionable.

34. Gleike frustrated the Agreement's purpose.

35. Gleike's anticipatory repudiation of the Agreement.

36. Gleike's conduct prevented DC Tops from performing the Agreement.

38. Glieke's conduct hindered the contract's performance.

39. Gleike's cancellation of the contract precludes its right to any damages.

Respectfully submitted,

BY:     /s/
Patricia A. Bronte
Bronte Law LLC
915 W. Gunnison St., Suite 3
Chicago, IL 60640
Tel: (312) 388-7890
bronte@brontelaw.com

Earl "Trey" Mayfield (admitted *pro hoc vice*)
tmayfield@lewis-firm.com
Michael Lewis (admitted *pro hoc vice*)
mlewis@lewis-firm.com
The Lewis Firm PLLC
901 New York Ave., NW, #450E
Washington, DC 20001
Tel: (202) 340-6257
Fax: (888) 630-6257
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 20, 2013, a true and complete copy of the foregoing Answer & Affirmative Defenses was served by electronic case filing upon the following:

Svetlana Kaplina
skaplina@elanlawgroup.com
Helena Milman
hmilman@elanlawgroup.com
Elan Law Group
79 W. Monroe, Suite 900
Chicago, Il 60603
(o) 312-772-5672
(x) 312-284-5551

                                                _____/s_____
THE LEWIS FIRM PLLC
Earl "Trey" Mayfield
901 New York Avenue NW
Suite 450 East
Washington, DC  20001
Tel: (202) 630-6257
Fax: (888) 430-6695
mlewis@lewis-firm.com
*Counsel for Defendant*